# IN THE SUPREME COURT OF THE STATE OF NEVADA

JPMORGAN CHASE BANK, N.A., A NATIONAL ASSOCIATION,
                              Appellant,
vs.
EQUISOURCE, LLC, A NEVADA LIMITED LIABILITY COMPANY, ACTING AS TRUSTEE FOR THE 6857 AMERISTEAD TRUST,
                              Respondent.

No. 72776

**FILED**

APR 0 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Gloria Sturman, District Judge
       James A. Kohl, Settlement Judge
       Smith Larsen & Wixom
       Cooper Coons Ltd.
       Eighth District Court Clerk